■ BRYANT AVENUE TENANTS' ASSOCIATION v KOCH.—Motions for leave to appeal to the Court of Appeals granted, as

indicated; motion for reargument denied. Concur—Kupferman, J. P., Ross, Asch, Milonas and Rosenberger, JJ.